UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

USA v. NICOLE DAVIS                    CRIMINAL 06-385

ORDER

The Sentencing in the above criminal case is hereby CONTINUED GENERALLY.

_____
Edwin M. Kosik
United States District Judge

Dated: May 3, 2011